**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **EARL HOLLINS** | **CIVIL ACTION NO. 24-0566** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **LIEUTENANT HOLLOWAY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, together with the Objection [Doc. No. 21] filed by Plaintiff Earl Hollins ("Hollins"), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Hollins's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 16th day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE